## MILES v. MILES.

BECK, J. In the excerpts from the charge which are complained of in the motion for a new trial there are some minor inaccuracies in the language employed by the court, but they are not of such a character as to be ground for the grant of a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
NOVEMBER 13, 1914.

Complaint for land. Before Judge Jones. Habersham superior court. August 23, 1913.

*J. C. Edwards & Sons,* for plaintiff.
*McMillan & Erwin,* for defendant.